# Exhibit C

| | |
|---|---|
| **JUDGMENT ON JURY VERDICT** | **Trial Court of Massachusetts**<br>**The Superior Court** |
| DOCKET NUMBER<br>1883CV00757 | Robert S. Creedon, Jr., Clerk of Courts |
| CASE NAME<br><br>Tenczar, Erik et al<br>vs.<br>Indian Pond Country Club, Inc. et al | COURT NAME & ADDRESS<br>Plymouth County Superior Court - Brockton<br>72 Belmont Street<br>Brockton, MA 02301 |

JUDGMENT FOR THE FOLLOWING PLAINTIFF(S)
Erik Tenczar
Athina Tenczar

JUDGMENT AGAINST THE FOLLOWING DEFENDANT(S)
Indian Pond Country Club, Inc.

This action came on for trial before the Court, Hon. William M White, Jr., presiding, the issues having been duly tried and the jury having rendered its verdict,

After Jury Verdict, it is **ORDERED AND ADJUDGED**:

That the plaintiff(s) named above recover of the defendant(s) named above, Jointly & Severally the "Judgment Total" with interest thereon as outlined below as provided by law, and the statutory costs of action.

| | |
|---|---:|
| 1. Date of Breach, Demand or Complaint | 07/13/2018 |
| 2. Date Judgment Entered | 12/06/2021 |
| 3. Number of Days of Prejudgment Interest *(line 2 - Line1)* | 1242 |
| 4. Annual Interest Rate of 0.12/365.25 = Daily Interest rate | .000329 |
| 5. Single Damages | $3,500,000.00 |
| 6. Prejudgment Interest *(lines 3x4x5)* | $1,430,163.00 |
| 7. Double or Treble Damages Awarded by Court *(where authorized by law)* | $ |
| 8. Statutory Costs | $280.00 |
| 9. Attorney Fees Awarded by Court *(where authorized by law)* | $ |
| **10. JUDGMENT TOTAL PAYABLE TO PLAINTIFF(S)** *(Lines 5+6+7+8+9)* | **$4,930,443.00** |

| | |
|---|---|
| DATE JUDGMENT ENTERED<br>12/06/2021 | CLERK OF COURTS/ASST. CLERK<br>X *[signature] M. McDonald* |
| Date/Time Printed: 12-06-2021 16:08:12 | SCV084: 04/2017 |