UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA, <br><br> Plaintiff, <br><br> v. <br><br> INDIAN POND COUNTRY CLUB, INC.; ERIK TENCZAR; ATHINA TENCZAR, <br><br> Defendants. | Civil Action No. 1:22-CV-10286-DJC |

**MOTION FOR ENTRY OF DEFAULT AGAINST**
**DEFENDANTS ERIK TENCZAR AND ATHINA TENCZAR**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

I, Brendan M. Donahue, attorney for Plaintiff Selective Insurance Company of South Carolina ("Selective") state that the Amended Complaint in this action was filed on August 3, 2022, and a Summons and a copy of the Amended Complaint was served on Defendants Erik Tenczar and Athina Tenczar on August 9, 2022, as appears from the Proof of Service annexed as **Exhibit 2** to the attached Affidavit. Defendants were required to serve a responsive pleading by August 30, 2022. The time to serve a responsive pleading pursuant to Fed. R. Civ. P. 12(a) has expired, and said Defendants have failed to serve or file an Answer or otherwise respond to the Amended Complaint.

WHEREFORE, Selective makes application that Defendants Erik Tenczar and Athina Tenczar be defaulted pursuant to Fed. R. Civ. P. 55(a).

Dated: September 7, 2022

                                          Respectfully submitted,

**Selective Insurance Company of South Carolina**

By its attorneys,

*/s/ Brendan M. Donahue*
Michael P. Mullins, BBO # 665123
Brendan M. Donahue, BBO # 708768
DAY PITNEY LLP
One Federal Street, 29th Floor
Boston, MA 02110
Tel.: (617) 345-4776
mmullins@daypitney.com
bdonahue@daypitney.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 7, 2022.

*/s/ Brendan M. Donahue*
Brendan M. Donahue

112717322.2