## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA,<br><br>                    Plaintiff,<br><br>        v.<br><br>INDIAN POND COUNTRY CLUB, INC.;<br>ERIK TENCZAR; ATHINA TENCZAR,<br><br>                Defendants. | Civil Action No. 1:22-CV-10286-DJC |

### NOTICE OF DEFAULT OF DEFENDANTS
### ERIK TENCZAR AND ATHINA TENCZAR

Upon the application of the Plaintiff, Selective Insurance Company of South Carolina, for an order of default for failure of the Defendants, Erik Tenczar and Athina Tenczar, to file an Answer to the Amended Complaint or other responsive pleading with the Court, as provided by Rule 55(a) of the Federal Rules of Civil Procedure, default is hereby entered against Defendants Erik Tenczar and Athina Tenczar.

Dated: _____

                                        _____
                                        ROBERT M. FARRELL
                                        CLERK OF THE U.S. DISTRICT COURT
                                        FOR THE DISTRICT OF MASSACHUSETTS